■ The People of the State of New York, Respondent, v Robert George Blair, Jr., Appellant.—Appeal from a judgment of the County Court of St. Lawrence County, rendered November 13, 1978, convicting defendant upon his plea of guilty of the crime of attempted assault in the second degree and sentencing him to nine months in the county jail. The only issue raised on this appeal is the excessiveness of the sentence. Since the sentence has been served, the appeal is moot and should be dismissed. Appeal dismissed. Mahoney, P. J., Greenblott, Kane, Main and Mikoll, JJ., concur.